UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE, DIVISION)

In re:                                              :      CASE NO.: 10-47346-RBR
                                                    :
FRANCISCO M. SAURI AND                              :
ELIZABETH SAURI,                                    :      CHAPTER 7
                                                    :
       Debtors.                                     :
_____/

## SUMMARY OF FIRST INTERIM FEE APPLICATION OF COUNSEL FOR THE CHAPTER 7 TRUSTEE AND REQUEST FOR HEARING

Name of applicant: **Robert A Angueira, P.A.**

Role of applicant: Counsel to Trustee Kenneth A. Welt

Name of certifying professional: Robert A Angueira

Date case filed: December 7, 2010

Date of application for employment: January 19, 2011

Date of Order approving employment Nunc Pro Tunc to January 10, 2011: January 20, 2011

Date of This Application: April 25, 2011

Dates of services covered: January 10, 2011 through April 25, 2011

**Fees**

| | |
|---|---|
| **Total gross fees requested for this period** | $4,563.00 |
| **Net amount of fees requested for this period after a 20% hold back:** | $3,650.40 |
| **Expenses** | |
| **Total expense reimbursement requested for this period** | $ 314.18 |
| **Net award requested (80% of fees and 100% of costs):** | $3,964.58[1] |

---

[1] As of April 15, 2011 there was approximately $8,596.00 in the estate.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE, DIVISION)

In re:                                                  :           CASE NO.: 10-47346-RBR
                                                        :
FRANCISCO M. SAURI AND                                  :
ELIZABETH SAURI,                                        :           CHAPTER 7
                                                        :
    Debtors.                                            :
_____/

## FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND FOR ALLOWANCE OF EXPENSES OF COUNSEL FOR THE TRUSTEE AND REQUEST FOR HEARING

Robert A Angueira, P.A., attorney for the Chapter 7 Trustee, Kenneth A. Welt, applies for interim compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding between January 10, 2011 through April 25, 2011. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines are:

Exhibit "1" – Summary of Professional and Paraprofessional Time

Exhibit "2" – Summary of Requested Reimbursement of Expenses

Exhibit "3" – The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

## BACKGROUND

On January 20, 2011, this Court granted the Trustee's Application for Employment of Attorney *nunc pro tunc*, January 10, 2011 (C.P. #19). The majority of work in this case was performed by Robert A Angueira, P.A. Enclosed as Exhibit "3", is a copy of all the time entries in this case that detail all the work that was done. From January 10, 2011 through April 25, 2011,

Robert A Angueira incurred **$4,563.00** in gross fees and **$314.18** in costs. The applicant is seeking **$3,650.40** which is 80% of the gross fees ($4,563.00 x 80%) and 100% of the costs **$314.18** for a total interim award of **$3,964.58.**

The applicant believes that the requested fees and costs which total **$3,964.58** ($3,650.40 + $314.18) are reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp.</u>, 544 F.2d 1291 (5th Cir. 1977) as follows:

### SUMMARY OF SERVICES PERFORMED

The following is a Summary of Services Performed on behalf of the Trustee in connection with this case:

#### Fee/Employment Application

Preparation, review and filing of retention pleadings. Preparation and review of this fee application.

#### Case Administration and Litigation

Robert A Angueira, P.A. has represented Trustee Welt in other bankruptcy cases, and many routine case administration procedures required by Trustee Welt have been handled directly by Trustee Welt's office.

The Trustee initially hired an attorney in this case to investigate the estate's interest in the personal property listed by the debtors on Schedule B. The undersigned reviewed the Petition, Schedules, Statement of Financial Affairs as well as the documents provided by the debtors to the Trustee. The undersigned determined that a Rule 2004 Examination was appropriate under the facts of the case.

The undersigned discovered during the Rule 2004 Examination of the Debtors (hereinafter "the Exam") that within one year of filing the Debtor gave $8,500.00 to his father

3

and the Trustee would be seeking to recover those funds. The Trustee discovered during the Exam that the Debtors received a tax refund of $11,247.00 (attributable to income tax year 2009) and the Trustee has a claim to the expected 2010 income tax refund.

The undersigned negotiated a settlement that will bring $7,200.00 plus 100% of the Debtors' 2010 income tax refund ($8,596.00) into the estate without any further litigation. Based on the facts and circumstances if this case, the undersigned believes that the fees and costs requested are reasonable and should be paid in full as requested.

### TIME AND LABOR REQUIRED:

The time extended by the applicant for legal services furnished the Chapter 7 Trustee as appears on Exhibit "1" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the Chapter 7 case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

### THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED:

This Chapter 7 proceeding presented several matters that required the services and skill of an experienced bankruptcy attorney.

### THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE:

The applicant devoted substantial time in the representation of the Chapter 7 Trustee as more fully appears on Exhibit "3." The applicant is aware of no other specific employment which was precluded as a result of its accepting this case, but had the applicant not accepted this employment, the time spent in the case would have been spent on other matters which would pay an hourly compensation on a current basis.

**THE CUSTOMARY FEE**:

The hourly rate charged by Robert A Angueira is $370.00, and $140 per hour for paralegals, which is customary for attorneys in the Southern District of Florida of similar skill and experience.

The hourly rate charged for professionals in this bankruptcy are as follows:

| Robert A Angueira | Shareholder | $370.00 |
| Susan Perez | Paralegal | $140.00 |

**TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES**:

The services performed by the applicant were performed under time constraints imposed by the Chapter 7 Trustee. Therefore, considerable time had to be expended within short periods of time to produce pleadings, responses to other pleadings, and settlement documents, predicated upon the Chapter 7 Trustee's proposed actions to resolve the issues in this bankruptcy estate.

**THE EXPERIENCE, REPUTATION, AND ABILITY OF APPLICANT**:

Robert A Angueira has substantial bankruptcy experience and has appeared numerous times before this Court on other matters and his reputation and abilities are well known to this Court. Robert A Angueira was the Assistant U.S. Trustee for the Southern District of Florida from November 1993 through December 2002. The applicant has been a member of the Florida and New York Bar since 1989. Prior to being appointed the Assistant U.S. Trustee for the Southern District of Florida, the applicant worked for almost four years in the Department of Justice Tax Division representing the Internal Revenue Service in bankruptcy matters. Prior

to joining the Department of Justice, the applicant was a Senior Manager at the Ernst & Young International Tax Department in New York working as a Certified Public Accountant.

### UNDESIRABILITY OF THE CASE:

The representation of the Chapter 7 Trustee and of this case was not undesirable. The applicant is honored to represent the Trustee in this case.

### THE LEGAL STANDARD:

Under the Bankruptcy Code, the applicable legal standard for determining reasonable compensation is set forth in 11 U.S.C. § 330, which states that reasonable compensation shall be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11 of the United States Code, and reimbursement for actual, necessary expenses incurred. All of these criteria have been addressed in this Fee Application, and Robert A Angueira, P.A. respectfully requests that it be granted all fees and expenses requested herein based on the nature and results of its representation of Trustee Welt, the time invested in this case, and the necessity and reasonableness of the fees and expenses incurred during this period.

WHEREFORE, applicant seeks an interim award of **$3,650.40** (which is 80% of $4,563.00) and 100% of the costs in the amount of **$314.18** for a grand total of **$3,964.58**; together with any other relief the Court deems appropriate under the facts.

Respectfully submitted this 28th day of April, 2011.

                              ROBERT A. ANGUEIRA, P.A.
                              6495 S.W. 24 Street
                              Miami, Florida 33155
                              Tel. (305) 263-3328
                              Fax (305) 263-6335
                              e-mail rangueir@bellsouth.net

By _/s/ Robert A. Angueira_
       ROBERT A. ANGUEIRA
       Florida Bar No. 0833241

# EXHIBIT 1

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $4,255.00 | 11.5 | $370.00 |
| Susan Perez | $ 308.00 | 2.2 | $140.00 |
| **BLENDED HOURLY RATE:** | | | $333.07 |
| TOTALS | $4,563.00 | 13.7 | |



## EXHIBIT 1-B
### Summary of Professional ad Paraprofessional Time
### By Activity Code Category

**ACTIVITY CODE CATEGORY: FEE/EMPLOYMENT APPLICATIONS**

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $370.00 | 1.0 | $370.00 |
| Susan Perez | $140.00 | 1.0 | $140.00 |
| TOTALS | $510.00 | 2.0 | |

**ACTIVITY CODE CATEGORY: LITIGATION**

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $3,885.00 | 10.5 | $370.00 |
| Susan Perez | $ 168.00 | 1.2 | $140.00 |
| TOTALS | $4,053.00 | 11.7 | |

**$4,563.00     13.7**

10

## **EXHIBIT 2**

Summary of Requested Reimbursement of Expenses

| 1.  | Filing Fees                         | $0.00   |
|-----|-------------------------------------|---------|
| 2.  | Process Service Fees                | $0.00   |
| 3.  | Witness Fees                        | $0.00   |
| 4.  | Court Reporter Fees and Transcripts | $165.00 |
| 5.  | Lien and Title Searches             | $0.00   |
| 6.  | Photocopies 643 @ $.15              | $96.45  |
| 7.  | Postage                             | $52.73  |
| 8.  | Overnight Delivery Charges          | $0.00   |
| 9.  | Outside Courier/Messenger Services  | $0.00   |
| 10. | Long Distance Calls                 | $0.00   |
| 11. | Facsimile Transmissions             | $0.00   |
| 12. | Computerized Legal Research         | $0.00   |
| 13. | Out of District Travel              | $0.00   |
| 14. | Other Permissible Expenses          | $0.00   |
|     | **TOTAL EXPENSE REIMBURSEMENT**     | $314.18 |

EXHIBIT 2
Blumberg No. 5118

# Robert A. Angueira, Esq., CPA

Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robert@rabankruptcy.com

6495 S.W. 24th Street
Miami, FL  33155
Tel:  305.263.3328
Fax: 305.263.6335

April 25, 2011

4770 Hollywood Blvd.
Hollywood, FL  33021
Tel:  954.961.9989
Fax: 954.961.9919

Kenneth Welt
3790 North 28th Terrace
Hollywood, FL 33020

Project Billing Summary

|  | Fees | Costs | Balance |
|---|---|---|---|
| In Reference To: Francisco and Elizabeth Sauri Case No. 10-47346-RBR | | | |
| Kenneth Welt.47346 Case Admin<br>In Reference To: Francisco and Elizabeth Sauri Case No. 10-47346-RBR | $0.00 | $314.18 | $314.18 |
| Kenneth Welt.47346 Fee/ Employ<br>In Reference To: Francisco and Elizabeth Sauri Case No. 10-47346-RBR | $510.00 | $0.00 | $510.00 |
| Kenneth Welt.47346 Litigation | $4,053.00 | $0.00 | $4,053.00 |
| GRAND TOTAL | $4,563.00 | $314.18 | $4,877.18 |



EXHIBIT 3

**Robert A. Angueira, Esq., CPA**
Attorney at Law
Admitted in Florida and New York
Toll Free: 866.951.2525
robert@rabankruptcy.com

| | | |
|---|---|---|
| 6495 S.W. 24th Street<br>Miami, FL  33155<br>Tel:  305.263.3328<br>Fax: 305.263.6335 | April 25, 2011 | 4770 Hollywood Blvd.<br>Hollywood, FL  33021<br>Tel:  954.961.9989<br>Fax: 954.961.9919 |

Kenneth Welt
3790 North 28th Terrace
Hollywood, FL 33020


In Reference To:   Francisco and Elizabeth Sauri
                   Case No. 10-47346-RBR


Additional Charges :

| | Amount |
|---|---:|
| 1/31/2011 Photocopies 01/01/11 to 01/31/11 - 247  @ .15 | 37.05 |
| Postage 01/01/11 to 01/31/11 | 19.35 |
| 2/24/2011 Attendance of Court Reporter for Rule 2004 Examination of the Debtors. | 165.00 |
| 2/28/2011 Photocopies  02/01/11 to 02/28/11 | 0.30 |
| 3/31/2011 Postage 03/01/11 to 03/31/11 | 33.38 |
| Photocopies 03/01/11 to 03/31/11 -394  @ .15 | 59.10 |
| Total costs | $314.18 |
| Balance due | $314.18 |


In Reference To:   Francisco and Elizabeth Sauri
                   Case No. 10-47346-RBR


Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| 4/19/2011 RAA   Preparation and review of interim fee application | 1.00<br>370.00/hr | 370.00 |

Kenneth Welt

Francisco and Elizabeth Sauri
Case No. 10-47346-RBR

Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2011 | SP | Preparation of interim fee application | 1.00<br>140.00/hr | 140.00 |
| | | For professional services rendered | 2.00 | $510.00 |
| | | Balance due | | $510.00 |

In Reference To:  Francisco and Elizabeth Sauri
Case No. 10-47346-RBR

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/11/2011 | RAA | Preparation and review of retention pleadings including: application to retain attorney, affidavit and related order. | 0.50<br>370.00/hr | 185.00 |
| 1/17/2011 | RAA | Preparation and review of Subpoena for Rule 2004 Examination and Notice of Rule 2004 Examination Duces Tecum. | 2.90<br>370.00/hr | 1,073.00 |
| 1/21/2011 | SP | Preparation of Certificate of Service of Order Approving Employment of Trustees Attorney Nunc Pro Tunc to January 10, 2011 | 0.40<br>140.00/hr | 56.00 |
| 2/15/2011 | SP | Preparation of Certificate of Service of Agreed Order Extending the Deadlines for Filing Filing Objections to Claimed Exemptions and Objecting to Discharge | 0.40<br>140.00/hr | 56.00 |
| 2/24/2011 | RAA | Conducted Rule 2004 Examination of the Debtors (2.9); Settlement discussions which resulted in $7,200.00 plus the entire 2010 income tax refund estimated at $9,000.00 coming into the estate without any further litigation (.5). | 3.40<br>370.00/hr | 1,258.00 |
| 2/28/2011 | RAA | Preparation and review of Agreed Motion to Extend the Deadlines to Object to Claimed Exemptions and Discharge | 0.50<br>370.00/hr | 185.00 |
| 3/2/2011 | SP | Preparation of Certificate of Service of Agreed Order Extending the Deadlines for Filing Filing Objections to Claimed Exemptions and Objecting to Discharge | 0.40<br>140.00/hr | 56.00 |
| 3/15/2011 | RAA | Preparation and review of Stipulation to Compromise Controversy, Motion to Approve Stipulation to Compromise Controversy, Certificate of No Response and related Order. This stipulation will bring | 3.20<br>370.00/hr | 1,184.00 |

Kenneth Welt
Francisco and Elizabeth Sauri
Case No. 10-47346-RBR

Page    3

|  | Hrs/Rate | Amount |
|---|---|---|

$7,200.00 plus the entire 2010 income tax refund estimated at $9,000.00 into the estate without any further litigation.

| For professional services rendered | 11.70 | $4,053.00 |
|---|---|---|
| Balance due |  | $4,053.00 |

Kenneth Welt
Francisco and Elizabeth Sauri
Case No. 10-47346-RBR

## CERTIFICATION

1. I am the professional with responsibility in this case for compliance with the current "Guidelines On Fee Applications for Professionals in the Southern District of Florida" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with the practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extend that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. There are no variances in the Application with the provisions of the Guidelines.

_____
ROBERT A. ANGUEIRA
Florida Bar No. 0833241

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 28th day of April, 2011, to all creditors enclosed in the mailing matrix.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 28th day of April, 2011, to:

- Timothy S Kingcade   kingcadeserve@bellsouth.net
- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
- John D Schlotter   ecfmail@aclawllp.com
- Kenneth A Welt   court@trusteeservices.biz, fl10@ecfcbis.com; pacerfilings@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24 Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net

By _____
ROBERT A. ANGUEIRA
Florida Bar No. 0835241

8

```
Amex                                Bac Home Loan                       Dyck-O'Neal,Inc.
PO Box 981537                       Countrywide                         PO Box 13370
El Paso, TX  79998-1537             PO Box 5170                         Arlington, TX 76094-0370
                                    Simi Valley, CA  93062-5170

                                                                        Bank Of America
                                                                        PO Box 1598
                                                                        Norfolk, VA  23501-1598


Bank Of America                     Bank Of America                     Citi
PO Box 17054                        Pob 17054                           PO Box 6241
Wilmington, DE  19850-7054          Wilmington, DE  19884-0001          Sioux Falls, SD  57117-6241



Citi Cbsd                           Citibankna                          Countrywide Home Loans
PO Box 22066                        1000 Technology Dr # MS5            450 American St
Tempe, AZ  85285-2066               O Fallon, MO  63368-2239            Simi Valley, CA  93065-6285



Dept Of Ed/sallie Mae               Indymac Bank                        Miami Management  HOA
PO Box 9635                         6900 Beatrice Dr                    888 Kingman Rd
Wilkes Barre, PA  18773-9635        Kalamazoo, MI  49009-9559           Homestead, FL  33035-1200



Nelnet Loans                        Nelnet Loans                        Nelnet Loans
3015 S Parker Rd Ste 425            6420 Southpoint Pkwy                PO Box 17460
Aurora, CO  80014-2904              Jacksonville, FL  32216-0944        Denver, CO  80217-0460



(p)NISSAN MOTOR ACCEPTANCE CORPORATION                                  Sallie Mae
LOSS RECOVERY                                                           1002 Arthur Dr
PO BOX 660366                                                           Lynn Haven, FL  32444-1683
DALLAS TX 75266-0366



Sallie Mae                          Wachovia/acs                        Wells Fargo Bank
PO BOX 9500                         Nelnet                              711 W Broadway Rd
Wilkes Barre, PA 18773-9500         PO Box 9500                         Tempe, AZ  85282-1218
                                    Wilkes Barre, PA  18773-9500



(p)WELLS FARGO BANK NA              Elizabeth Sauri                     Francisco M Sauri
WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO    12951 SW 17 Ct,     12951 SW 17 Ct,
ATTN BANKRUPTCY DEPT                Miramar, FL 33027-2535              Miramar, FL 33027-2535
MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nissan-infiniti Lt
2901 Kinwest Pkwy
Irving, TX  75063-5816

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD  21701-4747

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ  07601-4303

(d)Sallie Mae
PO Box 9500
Wilkes Barre, PA  18773-9500

