11UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE, DIVISION)

In re:                                                    :        CASE NO.: 10-47346-RBR
                                                          :
FRANCISCO M. SAURI AND                                    :
ELIZABETH SAURI,                                          :        CHAPTER 7
                                                          :
    Debtors.                                              :
_____/

## SUMMARY OF FINAL FEE APPLICATION OF COUNSEL FOR THE CHAPTER 7 TRUSTEE AND REQUEST FOR HEARING

Name of applicant: **Robert A Angueira, P.A.**

Role of applicant: Counsel to Trustee Kenneth A. Welt

Name of certifying professional: Robert A Angueira

Date case filed: December 7, 2010

Date of application for employment: January 19, 2011

Date of Order approving employment Nunc Pro Tunc to January 10, 2011: January 20, 2011

Date of This Application: March 27, 2012

Dates of services covered: April 26, 2011 through March 27, 2012

### Fees

| | |
|---|---:|
| Total fees requested for this period | $ 308.00 |
| **Expenses** | |
| Total expense reimbursement requested for this period | $ 140.55 |
| If <u>Final</u> Fee Application, amounts of net awards requested | |
| In interim applications but <u>not previously awarded</u> | |
| (total from History of Fees and Expenses, below) | $ 912.60 |
| **Total fee and expense award requested:** | **$1,361.15** |

## History of Fees and Expenses

**First Interim Application For Compensation**

| | |
|---|---:|
| Dates covered by interim application: | 1/10/11 – 4/25/11 |
| Amount of fees requested in interim application: | $4,563.00 |
| Amount of expenses requested interim application: | $ 314.18 |
| Amount of interim fees awarded: | $3,650.40 |
| Amount of interim expenses awarded: | $ 314.18 |
| Date of interim fee and expense award: | 5/25/11 |
| Amount of interim fees actually paid: | $3,650.40 |
| Amount of interim expenses actually paid: | $ 314.18 |
| Portion of interim fees requested but not awarded, (20% held back) deferred to final fee application: | $ 912.60 |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 10-47346-RBR |
| | : | |
| FRANCISCO M. SAURI AND | : | |
| ELIZABETH SAURI, | : | CHAPTER 7 |
| | : | |
| Debtors. | : | |
| _____/ | | |

### FINAL FEE APPLICATION FOR COMPENSATION AND FOR ALLOWANCE OF EXPENSES OF COUNSEL FOR THE TRUSTEE

Robert A Angueira, P.A., attorney for the Chapter 7 Trustee, Kenneth Welt, applies for final compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines are:

Exhibit "1" – Summary of Professional and Paraprofessional Time

Exhibit "2" – Summary of Requested Reimbursement of Expenses

Exhibit "3" – The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

### BACKGROUND

On January 20, 2011, this Court granted the Trustee's Application for Employment of Attorney *nunc pro tunc*, January 10, 2011 (C.P. #19). The majority of work in this case was performed by Robert A Angueira, P.A. Enclosed as Exhibit "3", is a copy of all the time entries in this case that detail all the work that was done for the period of time covered by this application. From April 26, 2011 through March 27, 2012, Robert A Angueira incurred **$308.00**

3

in fees and **$140.55** in costs. In addition, the applicant is requesting an award of the 20% hold back from the First Interim Fee Application in the amount of **$912.60** for a total requested final fee and cost award of **$1,361.15**.

The applicant believes that the final requested fees and costs which total **$1,361.15** are reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp.</u>, 544 F.2d 1291 (5th Cir. 1977) as follows:

### SUMMARY OF SERVICES PERFORMED

The following is a Summary of Services Performed on behalf of the Trustee in connection with this case:

#### Fee/Employment Application

Preparation, review and filing of retention pleadings. Preparation and review of this fee application.

#### Case Administration, Asset Disposition, Asset Analysis and Litigation

Robert A. Angueira, P.A. has represented Trustee Kenneth Welt in other bankruptcy cases and many routine case administration procedures required by Trustee Welt have been handled directly by Trustee Welt's office

The Trustee initially hired an attorney in this case to investigate the estate's interest in the personal property listed by the debtors on Schedule B. The undersigned reviewed the Petition, Schedules, Statement of Financial Affairs as well as the documents provided by the debtors to the Trustee. The undersigned determined that a Rule 2004 Examination was appropriate under the facts of the case.

The undersigned discovered during the Rule 2004 Examination of the Debtors (hereinafter "the Exam") that within one year of filing the Debtor gave $8,500.00 to his father

4

and the Trustee would be seeking to recover those funds. The Trustee discovered during the Exam that the Debtors received a tax refund of $11,247.00 (attributable to income tax year 2009) and the Trustee has a claim to the expected 2010 income tax refund.

The undersigned negotiated a settlement that will bring $7,200.00 plus 100% of the Debtors' 2010 income tax refund ($8,596.00) into the estate without any further litigation. Based on the facts and circumstances of this case, the undersigned believes that the fees and costs requested are reasonable and should be paid in full as requested.

### TIME AND LABOR REQUIRED:

The time charged by the applicant for legal services furnished to the Chapter 7 Trustee as appears on Exhibit "1" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the Chapter 7 case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

### THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED:

This Chapter 7 proceeding presented several matters that required the services and skill of an experienced bankruptcy attorney.

### THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE:

The applicant devoted substantial time in the representation of the Chapter 7 Trustee as more fully appears on Exhibit "3." The applicant is aware of no other specific employment which was precluded as a result of its accepting this case, but had the applicant not accepted this employment, the time spent in the case would have been spent on other matters which would pay an hourly compensation on a current basis.

### THE CUSTOMARY FEE:

The hourly rate charged by Robert A Angueira is $370.00, and $140.00 per hour for paralegals, which is customary for attorneys in the Southern District of Florida of similar skill and experience.

The hourly rate charged for professionals in this bankruptcy are as follows:

| Robert A Angueira | Shareholder | $370.00 |
| Susan Perez | Paralegal | $140.00 |

### TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES:

The services performed by the applicant were performed under time constraints imposed by the Chapter 7 Trustee. Therefore, considerable time had to be expended within short periods of time to produce pleadings, responses to other pleadings, and settlement documents, predicated upon the Chapter 7 Trustee's proposed actions to resolve the issues in this bankruptcy estate.

### THE EXPERIENCE, REPUTATION, AND ABILITY OF APPLICANT:

Robert A Angueira has substantial bankruptcy experience and has appeared numerous times before this Court on other matters and his reputation and abilities are well known to this Court. Robert A Angueira was the Assistant U.S. Trustee for the Southern District of Florida from November 1993 through December 2002.

### UNDESIRABILITY OF THE CASE:

The representation of the Chapter 7 Trustee and of this case was not undesirable. The applicant is honored to represent the Trustee in this case.

### THE LEGAL STANDARD:

Under the Bankruptcy Code, the applicable legal standard for determining reasonable compensation is set forth in 11 U.S.C. § 330, which states that reasonable compensation shall be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under Title 11 of the United States Code, and reimbursement for actual, necessary expenses incurred. All of these criteria have been addressed in this Fee Application, and Robert A Angueira, P.A. respectfully requests that it be granted all fees and expenses requested herein based on the nature and results of its representation of Trustee Welt, the time invested in this case, and the necessity and reasonableness of the fees and expenses incurred during this period.

WHEREFORE, applicant seeks a final approval and award of fees in the amount of **$1,220.60** (**$308.00** current period and **$912.60** prior hold back) and costs in the amount of **$140.55** for a grand total of **$1,361.15**, together with any other relief the Court deems appropriate under the facts.

Respectfully submitted this 27th day of March, 2012.

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24 Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net

By _____
ROBERT A. ANGUEIRA
Florida Bar No. 0833241

## EXHIBIT 1
## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $0.00 | 0.0 | $370.00 |
| Susan Perez | $308.00 | 2.2 | $140.00 |
| **BLENDED HOURLY RATE:** | | | $140.00 |
| TOTALS | $308.00 | 2.2 | |

9



## EXHIBIT 1-B
## Summary of Professional ad Paraprofessional Time
## By Activity Code Category

### ACTIVITY CODE CATEGORY: FEE/EMPLOYMENT APPLICATIONS

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A Angueira, Esq. | $0.00 | 0.0 | $370.00 |
| Susan Perez | $140.00 | 1.0 | $140.00 |
| TOTALS | $140.00 | 1.0 | |

### ACTIVITY CODE CATEGORY: LITIGATION

| Name of Professional | Total Fees | Total Hours | Hourly Rate |
|---|---|---|---|
| Robert A. Angueira, Esq. | $0.00 | 0.0 | $370.00 |
| Susan Perez | $168.00 | 1.2 | $140.00 |
| TOTALS | $168.00 | 1.2 | |

**$308.00        2.2**

10

# **EXHIBIT 2**

Summary of Requested Reimbursement of Expenses

| 1.  | Filing Fees | $0.00 |
|-----|-------------|-------|
| 2.  | Process Service Fees | $0.00 |
| 3.  | Witness Fees | $0.00 |
| 4.  | Court Reporter Fees and Transcripts | $0.00 |
| 5.  | Lien and Title Searches | $0.00 |
| 6.  | Photocopies 632 @ $.15 | $94.80 |
| 7.  | Postage | $45.75 |
| 8.  | Overnight Delivery Charges | $0.00 |
| 9.  | Outside Courier/Messenger Services | $0.00 |
| 10. | Long Distance Calls | $0.00 |
| 11. | Facsimile Transmissions | $0.00 |
| 12. | Computerized Legal Research | $0.00 |
| 13. | Out of District Travel | $0.00 |
| 14. | Other Permissible Expenses | $0.00 |
|     | **TOTAL EXPENSE REIMBURSEMENT** | **$140.55** |

11



EXHIBIT 2

### Robert A. Angueira, Esq., CPA
Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robertReferencesabankruptcy.com

6495 S.W. 24th Street
Miami, FL 33155
Tel: 305.263.3328         March 16, 2012
Fax: 305.263.6335

Kenneth Welt
3790 North 28th Terrace
Hollywood, FL 33020

In Reference To:   Francisco and Elizabeth Sauri
                   Case No. 10-47346-RBR

Additional Charges :

| | Amount |
|---|---:|
| 4/30/2011 Photocopies 04/01/11 to 04/30/11 | 9.45 |
| 5/31/2011 Photocopies 05/01/11 to 05/31/11 | 79.35 |
| Postage 05/01/11 to 05/31/11 | 44.24 |
| 3/16/2012 Copying cost - Final Fee Application - 40 @ $.15 | 6.00 |
| Postage - Final Fee Application | 1.51 |
| Total costs | $140.55 |
| Balance due | $140.55 |

In Reference To:   Francisco and Elizabeth Sauri
                   Case No. 10-47346-RBR

Professional Services

| | Hrs/Rate | Amount |
|---|---:|---:|
| 3/16/2012 RAA  Preparation and review of Final Fee Application. | 1.00<br>370.00/hr | NO CHARGE |



EXHIBIT 3

Kenneth Welt

Francisco and Elizabeth Sauri
Case No. 10-47346-RBR

Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2012 | SP | Preparation of Final Fee Application | 1.00<br>140.00/hr | 140.00 |
|  |  | For professional services rendered | 2.00 | $140.00 |
|  |  | Balance due |  | $140.00 |

In Reference To:  Francisco and Elizabeth Sauri
Case No. 10-47346-RBR

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2011 | SP | Preparation of Certificate of Service of Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy . | 0.40<br>140.00/hr | 56.00 |
|  | SP | Preparation of Certificate of Service of Notice of Hearing to Consider Interim Application for Compensation and Request for Hearing for Robert A. Angueira. | 0.40<br>140.00/hr | 56.00 |
| 5/26/2011 | SP | Preparation of Certificate of Service of Order Awarding Interim Compensation and Reimbursement of Expenses to Trustee's General Counsel. | 0.40<br>140.00/hr | 56.00 |
|  |  | For professional services rendered | 1.20 | $168.00 |
|  |  | Balance due |  | $168.00 |

# Robert A. Angueira, Esq., CPA

Attorney at Law
Admitted in Florida and New York

Toll Free: 866.951.2525
robertReferencesabankruptcy.com

6495 S.W. 24th Street
Miami, FL 33155
Tel: 305.263.3328
Fax: 305.263.6335

March 16, 2012

Kenneth Welt
3790 North 28th Terrace
Hollywood, FL 33020

### Project Billing Summary

|  | Fees | Costs | Balance |
|---|---|---|---|
| In Reference To: Francisco and Elizabeth Sauri Case No. 10-47346-RBR |  |  |  |
| Kenneth Welt.47346 Case Admin | $0.00 | $140.55 | $140.55 |
| In Reference To: Francisco and Elizabeth Sauri Case No. 10-47346-RBR |  |  |  |
| Kenneth Welt.47346 Fee/ Employ | $140.00 | $0.00 | $140.00 |
| In Reference To: Francisco and Elizabeth Sauri Case No. 10-47346-RBR |  |  |  |
| Kenneth Welt.47346 Litigation | $168.00 | $0.00 | $168.00 |
| GRAND TOTAL | $308.00 | $140.55 | $448.55 |

## CERTIFICATION

1.  I am the professional with responsibility in this case for compliance with the current "Guidelines On Fee Applications for Professionals in the Southern District of Florida" (the "Guidelines").

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3.  The fees and expenses sought are billed at rates and in accordance with the practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extend that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.  In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.  There are no variances in the Application with the provisions of the Guidelines.

_____
ROBERT A ANGUEIRA
Florida Bar No. 0833241

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 27th day of March, 2012, to the Debtors.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 27th day of March, 2012, to:

- Timothy S Kingcade    kingcadeserve@bellsouth.net
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John D Schlotter    ecfmail@aclawllp.com
- Kenneth A Welt    court@trusteeservices.biz, fl10@ecfcbis.com; pacerfilings@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24 Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net

By _____
ROBERT A. ANGUEIRA
Florida Bar No. 0833241

8